# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1913

_____

United States of America

*Plaintiff - Appellee*

v.

John Bennett

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 14, 2022
Filed: June 6, 2022
[Unpublished]

_____

Before COLLOTON, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

John Bennett pleaded guilty to being a felon in possession of a firearm, 18 U.S.C. § 922(g)(1). The district court[1] sentenced him to 24 months in prison and three years of supervised release. On appeal, Bennett argues that the Government

---

[1]The Honorable Stephen R. Clark, United States District Judge for the Eastern District of Missouri.

breached its obligation under his plea agreement to recommend a sentence of 12 months and one day in prison.

Bennett's recent release from prison[2] moots his appeal, see Owen v. United States, 930 F.3d 989, 990 (8th Cir. 2019), even though he is still serving a term of supervised release. The Government only agreed to make a recommendation about Bennett's custodial sentence. While the plea agreement contemplated that the district court would impose a term of supervised release, too, the parties did not bargain about that, and the only issue on appeal is the term of imprisonment. Since there is no remedy available to shorten imprisonment already served, see id., we dismiss the appeal for lack of jurisdiction.

_____

_____

[2] According to the Federal Bureau of Prisons website, Bennett was released from federal custody on April 8, 2022. See Find an Inmate, Fed. Bureau of Prisons, https://www.bop.gov/inmateloc/.